

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00570-CR

Shawn L. **SANDERS**,
Appellant

v.

The State of **TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5452
Honorable Philip A. Kazen, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is dismissed for lack of jurisdiction.

It is so **ORDERED** on September 3, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014August, 2014.

_____
Keith E. Hottle, Clerk